CLOSED,OutofDMA

# United States District Court
# District of Massachusetts (Worcester)
# CIVIL DOCKET FOR CASE #: 4:25−cv−11183−MRG

| | |
|---|---|
| Lonza Biologics, Inc. v. Dynamic Systems, Inc. | Date Filed: 04/30/2025 |
| Assigned to: District Judge Margaret R. Guzman | Date Terminated: 09/16/2025 |
| Demand: $545,000 | Jury Demand: Both |
| Cause: 28:1332 Diversity−Property Damage | Nature of Suit: 380 Personal Property: Other |
| | Jurisdiction: Diversity |

**Plaintiff**

**Lonza Biologics, Inc.**      represented by   **Patrick J. Loftus , III**
Loftus and Loftus PC
424 Adams Street
Milton, MA 02186
617−268−7777
Fax: 617−433−5036
Email: pjl@loftusandloftuspc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Q. Harrington**
Cozen & O'Connor
The Atrium, Third Floor
1900 Market Street
Philadelphia, PA 19103
215−665−2126
Fax: 215−701−2126
Email: dharrington@cozen.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Dynamic Systems, Inc.**      represented by   **Stephen D. Coppolo**
Getman, Schulthess, Steere & Poulin, P.A.
1838 Elm Street
Manchester, NH 03104
603−634−4300
Fax: 603−626−3647
Email: scoppolo@gssp−lawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 04/30/2025 | Ï 1 | COMPLAINT against Dynamic Systems, Inc. Filing fee: $ 405, receipt number AMADC−10981363 (Fee Status: Filing Fee paid), filed by Lonza Biologics, Inc.. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Civil Cover Sheet, # 2 Category Form)(Loftus, Patrick) (Entered: 04/30/2025) |
| 05/01/2025 | 2 | Case transferred to Western Division (Springfield) (LBO) (Entered: 05/01/2025) |
| 05/01/2025 | 3 | Case transferred to Central Division (Worcester) (MPZ) (Entered: 05/01/2025) |
| 05/01/2025 | 4 | Case transferred in from Western Division (Springfield) on 5/1/2025 Case Number 1:25−cv−11183. (SB) (Entered: 05/01/2025) |
| 05/01/2025 | 5 | ELECTRONIC NOTICE of Case Assignment. District Judge Margaret R. Guzman assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge David H. Hennessy. (SB) (Entered: 05/01/2025) |
| 05/01/2025 | 6 | Summons Issued as to Dynamic Systems, Inc.. **Counsel receiving this notice electronically should download this summons, complete one for each defendant and serve it in accordance with Fed.R.Civ.P. 4 and LR 4.1. Summons will be mailed to plaintiff(s) not receiving notice electronically for completion of service.** (SB) (Entered: 05/01/2025) |
| 05/14/2025 | 7 | SUMMONS Returned Executed Dynamic Systems, Inc. served on 5/8/2025, answer due 5/29/2025. (Loftus, Patrick) (Entered: 05/14/2025) |
| 05/21/2025 | 8 | MOTION for Leave to Appear Pro Hac Vice for admission of Daniel Q Harrington Filing fee: $ 125, receipt number AMADC−11022476 by Lonza Biologics, Inc.. (Attachments: # 1 Affidavit Affidavit of Daniel Q Harrington, # 2 Exhibit Certificate of Good standing)(Loftus, Patrick) (Entered: 05/21/2025) |
| 05/28/2025 | 9 | District Judge Margaret R. Guzman: ELECTRONIC ORDER entered granting 8 Motion for Leave to Appear Pro Hac Vice Added Daniel Q. Harrington. **Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register−account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.** Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen−pro−hac−vice.htm. A Notice of Appearance must be entered on the docket by the newly admitted attorney. (SB) (Entered: 05/28/2025) |
| 05/28/2025 | 10 | NOTICE of Appearance by Stephen D. Coppolo on behalf of Dynamic Systems, Inc. (Coppolo, Stephen) (Entered: 05/28/2025) |
| 05/28/2025 | 11 | Assented to MOTION for Extension of Time to June 19, 2025 to File Answer re 1 Complaint by Dynamic Systems, Inc..(Coppolo, Stephen) (Entered: 05/28/2025) |
| 05/28/2025 | 12 | CORPORATE DISCLOSURE STATEMENT by Dynamic Systems, Inc. identifying Corporate Parent FGI Group, Inc. for Dynamic Systems, Inc... (Coppolo, Stephen) (Entered: 05/28/2025) |
| 05/29/2025 | 13 | District Judge Margaret R. Guzman: ELECTRONIC ORDER entered granting 11 Motion for Extension of Time to Answer by Dynamic Systems, Inc. Answer due 6/19/2025. (SF) (Entered: 05/29/2025) |
| 06/19/2025 | 14 | ANSWER to 1 Complaint with Jury Demand by Dynamic Systems, Inc..(Coppolo, Stephen) (Entered: 06/19/2025) |

| | | |
|---|---|---|
| 06/23/2025 | 15 | NOTICE of Appearance by Daniel Q. Harrington on behalf of Lonza Biologics, Inc. (Harrington, Daniel) (Entered: 06/23/2025) |
| 06/23/2025 | 16 | NOTICE of Scheduling Conference: Scheduling Conference set for 7/17/2025 at 10:45 AM in Courtroom 2 – Worcester (Remote only) before District Judge Margaret R. Guzman.<br><br>This hearing will be conducted by video conference. Counsel of record will receive a video conference invite at the email registered in CM/ECF. If you have technical or compatibility issues with the technology, please notify the courtroom deputy of the session as soon as possible.<br><br>Audio access to the hearing may be available to the media and public. Please check the Court schedule. In order to gain access to the hearing, you must sign up at the following address: https://forms.mad.uscourts.gov/courtlist.html.<br><br>For questions regarding access to hearings, you may refer to the general orders and public notices of the Court available on www.mad.uscourts.gov or contact the session here.<br><br>(SF) (Entered: 06/23/2025) |
| 07/09/2025 | 17 | JOINT STATEMENT re scheduling conference *Joint Statement Pursuant to L.R. 16.1(d)*. (Harrington, Daniel) (Entered: 07/09/2025) |
| 07/09/2025 | 18 | CERTIFICATION pursuant to Local Rule 16.1 *(d)(3)*. (Harrington, Daniel) (Entered: 07/09/2025) |
| 07/10/2025 | 19 | CERTIFICATION pursuant to Local Rule 16.1 . (Coppolo, Stephen) (Entered: 07/10/2025) |
| 07/17/2025 | 20 | Electronic Clerk's Notes for proceedings held before District Judge Margaret R. Guzman: Scheduling Conference held on 7/17/2025. Case is called. Counsel appear by video for scheduling conference. Court adopts proposed joint scheduling order. Counsel for Defendant notes that he plans to filed a motion to transfer the case to the District of New Hampshire. Court sets status conference set for 5/20/2026 at 10:00 AM in Courtroom 2 – Worcester (Remote only) before District Judge Margaret R. Guzman; will cancel the hearing if the case is transferred. (Court Reporter: Jessica Leonard at jessica@wickedsteno.com) (Attorneys present: Harrington, Coppolo) (SF) (Entered: 07/17/2025) |
| 09/12/2025 | 21 | Assented to MOTION to Transfer Case to District of New Hampshire. by Dynamic Systems, Inc..(Coppolo, Stephen) (Entered: 09/12/2025) |
| 09/12/2025 | 22 | MEMORANDUM in Support re 21 Assented to MOTION to Transfer Case to District of New Hampshire. filed by Dynamic Systems, Inc.. (Attachments: # 1 Exhibit A – Prime Contract excerpts, # 2 Exhibit B – Subcontract excerpts, # 3 Exhibit C – Lonza 2024 Annual Report, # 4 Exhibit D – DSI 2024 Annual Report, # 5 Exhibit E – Proof of Loss with expense summary)(Coppolo, Stephen) (Entered: 09/12/2025) |
| 09/16/2025 | 23 | District Judge Margaret R. Guzman: ELECTRONIC ORDER entered granting 21 Motion to Transfer Case to District of New Hampshire. (SF) (Entered: 09/16/2025) |
| 09/16/2025 | 24 | Case transferred to District of New Hampshire. Original file certified copy of transfer order and docket sheet sent to Clerk in that district. (SF) (Entered: 09/16/2025) |